UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

DONNA MARIE RUSH,

   Plaintiff,

v.

ANDREW M. SAUL,[1]
Commissioner of Social Security,

   Defendant.

CIVIL ACTION

No. 2:17-5143-JCJ

FILED
MAR 17 2020
KATE BARKMAN, Clerk

**ORDER**

AND NOW this 16th day of March, 2020, upon consideration of the parties' submissions, and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret (Doc. No. 29), it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Petitioner's Request for Review (Doc. No. 17) is **DENIED** and the final order of the Commissioner of Social Security is **AFFIRMED**;

3. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. See *Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a); and

---

[1] Andrew M. Saul became the Commissioner of Social Security on June 4, 2019, and is therefore substituted for Nancy A. Berryhill as the defendant in this action. *See* Fed. R. Civ. P. 25(d)(1); 42 U.S.C. § 205(g) (Social Security disability actions "survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office").

4. The Clerk of Courts shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:

_____
J. CURTIS JOYNER
United States District Judge